# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 10, 2007*

[Cite as *09/10/2007 Case Announcements,* 2007-Ohio-4621.]

## MOTION AND PROCEDURAL RULINGS

**2006–2139. State v. Colon.**
Cuyahoga App. No. 87499, 2006-Ohio-5335. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for continuance of oral argument,

It is ordered that the motion is denied.